UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | No. 5:19-cr-00535 |
| : | |
| FRANCES EDDINGS (1) and : | |
| JUDE DENIS (2) : | |

**O R D E R**

**AND NOW,** this 21st day of June, 2021, upon consideration of Defendant Frances Eddings's motion to dismiss the Superseding Indictment, *see* ECF No. 110, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED AS FOLLOWS**:

Defendant Eddings's motion to dismiss the Superseding Indictment, ECF No. 110, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge