# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 5:19-cr-00535 |
| | : | |
| FRANCES EDDINGS (1) and | : | |
| JUDE DENIS (2) | : | |

# O R D E R

**AND NOW**, this 20th day of October, 2022, upon consideration of the Defendants' motions for a new trial, the Government's response, Eddings's reply, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT** the Defendants' motions, ECF Nos. 160 and 161, are **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge